956 A.2d 346

IN THE MATTER OF CONSTANCE L. KOSUDA,
AN ATTORNEY AT LAW.

September 17, 2008.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 08–096, concluding that **CONSTANCE L. KOSUDA,** formerly of **TOMS RIVER,** who was admitted to the bar of this State in 1982, should be censured for violating *RPC* 3.3(a)(1) (knowingly making a false statement of material fact or law to a tribunal), and good cause appearing;

It is ORDERED that **CONSTANCE L. KOSUDA** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20-17.